FILED ☒ LODGED ___
___ RECEIVED ___ COPY

AUG 29 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> vs. <br><br> Ruben Oswaldo Yeverino Rosales, <br> a/k/a Geraldo Valdez-Hernandez <br><br> Defendant. | CR-18-1200-PHX-SPL (BSB) <br><br> **REDACTED** <br> **INDICTMENT** <br><br> VIO: 18 U.S.C. §§ 2251(a), (e) and 2256 <br> (Production of Child Pornography) <br> Counts 1 - 4 <br><br> 18 U.S.C. § 2422(b) <br> (Coercion and Enticement) <br> Count 5 <br><br> 18 U.S.C. § 1470 <br> (Transfer of Obscene Matter to Minor) <br> Count 6 |

THE GRAND JURY CHARGES:

## COUNTS 1-4

On or between November 12, 2017, to on or about, May 21, 2018, in the District of Arizona, and elsewhere, the defendant RUBEN OSWALDO YEVERINO ROSALES, a/k/a Geraldo Valdez-Hernandez, on the occasions described below, did knowingly employ, use, persuade, entice, induce or coerce a minor, that is Jane Doe, age 15, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing or having reason to know that the visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce, or that the visual depiction would be produced or transmitted using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, as follows:

| Count | Description | File name(s) |
|---|---|---|
| 1 | Files containing metadata consistent with the date of 05/19/2018 at 06:23 (UTC+0) | IMG_2424.jpg |
| 2 | Files containing metadata consistent with the date of 05/20/2018 at 06:20 (UTC+0) | IMG_2470.jpg |
| 3 | Files containing metadata consistent with date of 05/21/2018 at 23:59 (UTC +0) or 16:59 (UTC -7). | IMG_2515.jpg |
| 4 | Files containing metadata consistent with date of 05/21/2018 at 23:59 (UTC +0) or 16:59 (UTC -7). | IMG_2516.jpg |

In violation of Title 18, United States Code, Sections 2251(a) and (e), and 2256.

**COUNT 5**

Between on or about November 12, 2017, to on or about, May 21, 2018, in the District of Arizona and elsewhere, RUBEN OSWALDO YEVERINO ROSALES, a/k/a Geraldo Valdez-Hernandez, did unlawfully and knowingly use any facility and means of interstate and foreign commerce to persuade, induce, entice, and coerce any individual who had not attained the age of 18 years, to engage in a sexual activity for which any person can be charged with a criminal offense, including 18 U.S.C. §§ 2251(a) and (e) (production of child pornography), 18 U.S.C. §§ 2252(a)(2) and (b)(1) (receiving child pornography), and 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) (possession of child pornography), or attempt to do so.

In violation of Title 18, United States Code, Section 2422 (b).

**COUNT 6**

On or about April 29, 2018, in the District of Arizona and elsewhere, RUBEN OSWALDO YEVERINO ROSALES, a/k/a Geraldo Valdez-Hernandez, attempted to used a facility and means of interstate or foreign commerce to knowingly transfer obscene matter to wit: live streaming a video displaying his penis and his masturbation, to another individual who had not attained the age of 16 years, knowing such other individual had not

1 | attained the age of 16 years.

2 | In violation of Title 18, United States Code, Section 1470.

3 | A TRUE BILL

4

5 | *s/*
   | FOREPERSON OF THE GRAND JURY
   | Date: August 29, 2018

6 | ELIZABETH A. STRANGE
   | First Assistant U.S. Attorney
7 | District of Arizona

8

9 | *s/*
   | SHEILA PHILLIPS
   | GAYLE L. HELART
10 | Assistant U.S. Attorneys