☒ FILED ___ LODGED
___ RECEIVED ___ COPY

MAR 12 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY SMK  DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Ruben Oswaldo Yeverino Rosales,<br>　a/k/a Martin Joseph,<br>　a/k/a Ramses Marin,<br><br>　　　　　Defendant. | CR-18-01200-PHX-SPL (BSB)<br><br>**REDACTED<br>SUPERSEDING INDICTMENT**<br><br>VIO: 18 U.S.C. §§ 2251(a) and (e), and 2256 (Production of Child Pornography)<br>Counts 1 - 4<br><br>18 U.S.C. § 2422(b)<br>(Coercion and Enticement)<br>Count 5<br><br>18 U.S.C. § 1470<br>(Transfer of Obscene Matter to Minor)<br>Count 6<br><br>18 U.S.C. § 2261A(2)(B)<br>(Cyberstalking)<br>Counts 7- 9<br><br>18 U.S.C. §§ 2252(a)(2) and 2 (Distribution of Material Involving the Sexual Exploitation of a Minor)<br>Counts 10-12 |

THE GRAND JURY CHARGES:

### COUNTS 1-4

On or about the dates below, in the District of Arizona, and elsewhere, the defendant RUBEN OSWALDO YEVERINO ROSALES, a/k/a Martin Joseph, a/k/a Ramses Marin, on the occasions described below, did knowingly employ, use, persuade, entice, induce or coerce a minor, that is, Jane Doe, age 15, to engage in sexually explicit conduct for the

purpose of producing any visual depiction of such conduct, knowing or having reason to know that the visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce, or that the visual depiction would be produced or transmitted using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, as follows:

| Count | Date (On or About) | File name(s) |
|---|---|---|
| 1 | May 18-19, 2018 | IMG_2388.jpg<br>IMG_2396.jpg<br>IMG_2409.jpg<br>IMG_2411.jpg<br>IMG_2424.jpg |
| 2 | May 19-20, 2018 | IMG_2463.jpg<br>IMG_2465.jpg<br>IMG_2467.jpg<br>IMG_2468.jpg<br>IMG_2470.jpg |
| 3 | May 20-21, 2018 | IMG_2503.jpg<br>IMG_2504.jpg<br>IMG_2505.jpg<br>IMG_2515.jpg<br>IMG_2516.jpg |
| 4 | May 21-22, 2018 | IMG_2536.jpg<br>IMG_2540.jpg<br>IMG_2542.jpg<br>IMG_2544.jpg<br>IMG_2552.jpg |

In violation of Title 18, United States Code, Sections 2251(a) and (e), and 2256.

//

//

**COUNT 5**

Between on or about November 12, 2017, to on or about, May 21, 2018, in the District of Arizona and elsewhere, the defendant RUBEN OSWALDO YEVERINO ROSALES, a/k/a Martin Joseph, a/k/a Ramses Marin, did unlawfully and knowingly use any facility and means of interstate and foreign commerce to persuade, induce, entice, and coerce any individual who had not attained the age of 18 years, to engage in a sexual activity for which any person can be charged with a criminal offense, including 18 U.S.C. §§ 2251(a) and (e) (production of child pornography), 18 U.S.C. §§ 2252(a)(2) and (b)(1) (receiving child pornography), and 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) (possession of child pornography), or attempt to do so.

In violation of Title 18, United States Code, Section 2422(b).

**COUNT 6**

On or about April 29, 2018, in the District of Arizona and elsewhere, the defendant RUBEN OSWALDO YEVERINO ROSALES, a/k/a Martin Joseph, a/k/a Ramses Marin, attempted to use a facility and means of interstate or foreign commerce to knowingly transfer obscene matter, to wit:  live streaming a video displaying his penis and his masturbation, to another individual who had not attained the age of 16 years, knowing such other individual had not attained the age of 16 years.

In violation of Title 18, United States Code, Section 1470.

**COUNT 7**

From about November 12, 2017, the exact date being unknown, until about October 30, 2018, in the District of Arizona, and elsewhere, the defendant RUBEN OSWALDO YEVERINO ROSALES, a/k/a Martin Joseph, a/k/a Ramses Marin, with the intent to injure, harass, and cause substantial emotional distress to a person, Jane Doe, age 15, used facilities of interstate or foreign commerce, including electronic mail and internet websites, to engage in a course of conduct that caused or attempted to cause substantial emotional distress to the victim.

In violation of Title 18, United States Code, Section 2261A(2)(B).

## COUNTS 8 - 9

On or about the dates below, in the District of Arizona, and elsewhere, the defendant RUBEN OSWALDO YEVERINO ROSALES, a/k/a Martin Joseph, a/k/a Ramses Marin, with the intent to injure, harass, and cause substantial emotional distress to a person, that is A.S., used facilities of interstate or foreign commerce, including electronic mail and internet websites, to engage in a course of conduct that caused or attempted to cause substantial emotional distress to the victim.

| Count | Date | Facility of Interstate / Foreign Commerce |
|---|---|---|
| 8 | November 26-27, 2015 | Via a Skype call |
| 9 | November 2018 | Via Facebook |

In violation of Title 18, United States Code, Section 2261A(2)(B).

## COUNTS 10 - 12

On or about the dates below, in the District of Arizona, and elsewhere, the defendant RUBEN OSWALDO YEVERINO ROSALES, a/k/a Martin Joseph, a/k/a Ramses Marin, did knowingly, intentionally, and unlawfully distribute visual depictions of a minor engaging in sexually explicit conduct using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce, in that RUBEN OSWALDO YEVERINO ROSALES, a/k/a Martin Joseph, a/k/a Ramses Marin, used a computer or computer device and the internet to distribute pictures of Jane Doe, who was under 18 years of age, engaging in sexually explicit conduct including masturbation and the lascivious exhibition of the genitals and pubic area, including the following images:

//
//
//
//
//

| Count | Date | File name(s) |
|---|---|---|
| 10 | 08/17/2018 | From Instagram account "s.main"; the image ending in 073152.jpg |
| 11 | 10/22/18 | Images sent from a Facebook account including:<br><br>(1) Jane Doe sitting on bathroom floor identified as 6.jpg;<br><br>(2) Jane Doe near a closet identified as 9.jpg;<br><br>(3) Jane Doe in a room with two doors identified as 10.jpg;<br><br>(4) Jane Doe in bathroom near a white countertop identified as 11.jpg; and<br><br>(5) Jane Doe sitting on bathroom floor identified as 13.jpg. |
| 12 | 10/24/2018 | From Instagram account "bd1734783"; the image ending in 672256.jpg;<br><br>From Instagram account "bd1734783"; the image ending in 775424.jpg;<br><br>From Instagram account "zh4tl7m32kz"; the image ending in 285568.jpg; and<br><br>From Instagram account "zh4tl7m32kz"; the image ending in 994304.jpg |

All in violation of Title 18, United States Code, Sections 2252(a)(2) and 2.

A TRUE BILL

*s/*
FOREPERSON OF THE GRAND JURY
Date: March 12, 2019

ELIZABETH A. STRANGE
First Assistant U.S. Attorney
District of Arizona


*s/*
SHEILA PHILLIPS
GAYLE L. HELART
Assistant U.S. Attorneys